# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3566

_____

Lisa Murphy

*Plaintiff - Appellant*

Laura B. Sparks

*Plaintiff*

v.

Sheriff Chad Ledbetter, Sheriff, Hot Spring County

*Defendant - Appellee*

Dr. John Doe, Chief, Hot Spring County

*Defendant*

George Wright, Jail Administrator, Hot Spring County Jail; Corporal Linda Rowe, Assistant Jail Administrator, Hot Spring County Jail; Lingo, Sargent, Hot Spring County Jail; Amy Martin, Correctional Officer, Hot Spring County Jail; Brian Orel, Correctional Officer, Hot Spring County Jail

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: July 6, 2015
Filed: July 13, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Lisa Murphy appeals following the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 action. Upon de novo review, we agree with the district court that Murphy failed to exhaust her administrative remedies on some claims. See King v. Iowa Dep't of Corr., 598 F.3d 1051, 1052 (8th Cir. 2010) (standard of review; administrative exhaustion). We also find that summary judgment was proper as to the remaining claims, because, based on our de novo review of the evidence developed below, see Murchison v. Rogers, 779 F.3d 882, 886-87 (8th Cir. 2015) (summary judgment standard of review), we cannot conclude that any defendant violated Murphy's constitutional rights. The judgment of the district court is affirmed, and Murphy's motion for appointment of counsel is denied. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, now retired.